# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-7025**  September Term, 2006

07cv00313

Kareemah Yasmina Bell,
    Appellant

v.

Police Department,
    Appellee

FILED
JUL 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 1 4 2007

CLERK

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**  Ginsburg, Chief Judge, and Brown and Kavanaugh, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed February 9, 2007, be affirmed. The district court properly dismissed the case for lack of subject matter jurisdiction because it is not a civil action arising under federal law, see 28 U.S.C. § 1331, or between citizens of different states with an amount in controversy of more than $75,000, see 28 U.S.C. § 1332; nor does the complaint allege any other basis for the district court's jurisdiction.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 7/15/07
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk



RECEIVED JUL 27 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT